UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
================================================================

CANDIDO BAEZ,

                Plaintiff,

v.                                      9:01-CV-0807 (NPM)

J. HARRIS, Deputy Superintendent,
Shawangunk Correctional Facility;
DONALD SELSKY, Director,
Special Housing Unit Program,

                Defendants.

| APPEARANCES | OF COUNSEL |
|---|---|
| Howrey LLP<br>Attorneys for Plaintiff<br>1299 Pennsylvania Avenue NW<br>Washington, DC 20004-2402 | Erik T. Koons, Esq.<br>James F. Hibey, Esq.<br>Richard E. DiZinno, Esq. |
| New York State Attorney General's Office<br>Attorney for Defendants<br>615 Erie Boulevard West, Suite 102<br>Syracuse, New York 13204 | Timothy P. Mulvey, Esq. |

Neal P. McCurn, Senior U.S. District Judge

SUMMARY ORDER

In an order dated December 18, 2007, this court awarded attorneys' fees to above-named plaintiff's counsel, Howrey LLP, in the amount of $15,000.00, pursuant to the Prisoners Litigation Reform Act, codified at 4 2 U.S.C. 1997e

("PLRA"). Judgment was entered by the Clerk of the Court on December 19, 2007. This court now offers further clarification pursuant to 42 U.S.C. 1997e as to the parties bearing the burden of satisfying those fees awarded to plaintiff's counsel. Section 1997e(d)(2) states that "[w]henever a monetary judgment is awarded in an action [such as this, where judgment entered for the prisoner, and attorney's fees have been authorized] ..., a portion of the judgment (not to exceed 25 percent) shall be applied to satisfy the amount of attorney's fees awarded against the defendant." 42 U.S.C. 1997e (d)(2) (West 2007). In keeping with the intent of Congress to discourage prisoners from filing frivolous lawsuits by, inter alia, requiring that the prisoner contribute part of an award to payment of his attorney's fees, the court finds that an allocation of 25 percent of the $5,000.00 compensatory damages awarded to Mr. Baez , $1,250.00 ($5,000.00 x 0.25) is reasonable and appropriate.

The previously ordered fee award of $15,000.00 to Howrey LLP is allocated as follows: $1,250.00 to be paid from the compensatory damages awarded to Candido Baez, and $13,750.00 to be paid by the defendant Jimmie Harris.

SO ORDERED.

December 20, 2007
Syracuse, New York

_____
Neal P. McCurn
Senior U.S. District Judge

Case 9:01-cv-00807-NPM-DRH   Document 137   Filed 12/20/07   Page 3 of 3